BERT AUSTIN et al. v. STATE.

No. A-512.  Opinion Filed November 23, 1910.

Appeal from Ottawa County Court; A. C. Wallace, Judge pro tem.

Bert Austin and another were convicted of violating the prohibition law, and they appeal.  Affirmed.

Fred S. Caldwell, for the State.

FURMAN, P. J.  No brief has been filed by counsel for appellants. We have examined the information, and find it sufficient.  The testimony of the witnesses amply sustains the verdict.  The charge of the court is free from fundamental errors.  The judgment of the court is in regular form.  The judgment of the lower court is therefore affirmed.

DOYLE and RICHARDSON, JJ., concur.

---

S. R. FORNEY v. CITY OF PAWHUSKA.

No. A-505.  Opinion Filed March 21, 1911.

Appeal from Osage County Court; C. T. Bennett, Judge.

Boone, Leahy & MacDonald, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

Plaintiff in error was convicted in the county court of Osage county on a charge of violating a prohibitory ordinance of the city of Pawhuska, and appeals.  Appeal dismissed.

PER CURIAM.  This case was originally tried in the police court of the city of Pawhuska, and a judgment of conviction there had. Plaintiff in error appealed to the county court of Osage county, and was again convicted.  On the 24th day of September, 1909, following this conviction, he was adjudged to pay a fine of one hundred dollars and be imprisoned for a period of ninety days.  Upon this date the plaintiff in error was given 60 days to make and serve case-made.  No time was fixed by the court extending the time within which to file the appeal, as provided by the statute.  Sec. 6948, Comp. Laws 1909, provides that the appeal must be filed within 60 days from the date of the judgment, unless for good cause shown the court extends this time, and under this section of the statute it cannot be extended more than 60 days.  The appeal in this case was filed on December 24th, 1909, thirty-one days too late.  There are other defects in the record, but for this defect, which is fatal, the appeal will have to be dismissed, and it is so ordered.